E-FILED on   5/14/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHIA KAN HU,

    Plaintiff,

  v.

GREGORY E. LAFFEN,

    Defendant.

No. C-12-01679 RMW

ORDER RE MOTION TO REMAND

**[Re Docket Nos. 11 and 12]**

    Plaintiff's ex parte application for an order shortening time for consideration of his motion to remand (Dkt. No. 12) is DENIED. However, plaintiff's motion to remand (Dkt. No. 11) will be submitted on the papers upon the filing of defendant's response or on May 28, 2012, whichever is sooner.

DATED:   May 14, 2012

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER RE MOTION TO REMAND—No. C-12-01679 RMW
LJP