**United States District Court**
For the Northern District of California

1
2
3
4                                                    **E-FILED on**  5/14/2012
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                               SAN JOSE DIVISION
11

| | |
|---|---|
| 12   CHIA KAN HU, | No. C-12-01679 RMW |
| 13              Plaintiff, | |
| | ORDER RE MOTION TO REMAND |
| 14        v. | |
| 15   GREGORY E. LAFFEN, | **[Re Docket Nos. 11 and 12]** |
| 16              Defendant. | |
| 17 | |

18          Plaintiff's ex parte application for an order shortening time for consideration of his motion to
19   remand (Dkt. No. 12) is DENIED.  However, plaintiff's motion to remand (Dkt. No. 11) will be
20   submitted on the papers upon the filing of defendant's response or on May 28, 2012, whichever is
21   sooner.
22
23
24   DATED:        May 14, 2012
                                               _Ronald M. Whyte_
25                                             RONALD M. WHYTE
                                               United States District Judge
26
27
28

ORDER RE MOTION TO REMAND—No. C-12-01679 RMW
LJP